1 Theodore S. Flier, Esq.
  State Bar No. 23734
2 FLIER AND FLIER
  15821 Ventura Boulevard, Suite 567
3 Encino, California 91436
  (818) 990-9500
4 Fax:  (818) 990-1303

5 Attorneys for Defendant
  AROUTIOUN SARGSIAN

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,        ) Case No.: CR S 03-267-GEB
                                     )
12           Plaintiff,              ) [PROPOSED] ORDER EXTENDING
                                     ) SURRENDER DATE
13      vs.                          )
                                     )
14 AROUTIOUN SARGSYAN,               )
                                     )
15           Defendant.              )
                                     )
16 _____

17      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant's

18 surrender date for service of sentence presently set for January 21, 2006 is

19 hereby extended to March 2, 2006.

20 DATED:  January 31, 2006

21                                   /s/ Garland E. Burrell, Jr.
                                    _____
22                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
23

24

25

                                   - 1 -